UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DERRICK EUGENE CULLINS,

    Petitioner,

v.                                                       Case No. 4:19cv96-MW-HTC

WAKULLA CORRECTIONAL
INSTITUTION,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

    This matter is before the Court on Petitioner's failure to comply with an order from the Court directing the Petitioner to file an amended petition, accompanied with two (2) service copies, and to remit his filing fee or a completed application to proceed *in forma pauperis*. ECF Doc. 3. Petitioner did not comply with that order and further did not respond to a show cause order entered on April 16, 2019. ECF Doc. 5. The show cause order warned Petitioner that failure to respond could result in a recommendation of dismissal without further notice. *Id.*

Accordingly, it is respectfully RECOMMENDED:

1. That this action be DISMISSED without prejudice under Northern District Local Rule 41.1 for failure to comply with a court order and failure to prosecute.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 7th day of May, 2019.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1; 28 U.S.C. § 636.