# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

DERRICK EUGENE CULLINS,

    *Petitioner,*

v.                                  Case No. 4:19cv96-MW/HTC

WAKULLA CORRECTIONAL
INSTITUTION,

    *Respondent.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is accepted and adopted as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** without prejudice under Northern District Local Rule 41.1 for failure to comply with a court order and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on June 6, 2019.**

                                          s/Mark E. Walker      
                                          **Chief United States District Judge**